UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | LA CR13-00665 JAK (1) | Date | October 8, 2015 |
|---|---|---|---|

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Andrea Keifer | Alex Joko | Kim D. Daniel; Mark A. Williams |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Almuntasser Hbaiu | X | | X | Herbert L. Greenman | X | | X |

**Proceedings:** CHANGE OF PLEA

| | |
|---|---|
| X | Defendant moves to change his plea to a Fourth Superseding Indictment. |
| X | Defendant is sworn. |
| X | Defendant enters a new and different plea of GUILTY to Counts 14 and 15. |
| X | The Court advises the defendant of his Constitutional rights and questions the defendant regarding the plea of GUILTY. The Court finds there is an independent factual basis for the plea and further finds the plea is made freely, intelligently and voluntarily, and with a full understanding of the nature of the charges, the consequences of the plea and of defendant's Constitutional rights. The Court accepts the plea and orders that the plea be entered. |
| X | The Court refers the defendant to the Probation Office for investigation and a complete report and the matter is continued to **February 11, 2016 at 8:30 a.m.** for sentencing. Sentencing position papers shall be filed **January 28, 2016**. Counsel shall contact the clerk if counsel do not intend to file sentencing position papers. |
| X | The Court vacates the pretrial conference and jury trial date for this defendant. |
| X | The Court, with the concurrence of the Government, allows the defendant to remain on bond and advises of the consequences of a violation of terms and conditions or a failure to appear. |
| X | In light of the entry of the plea, Defendant's Motion to Suppress Statements (Dkt. 300), Motion to Admit Suppression Hearing Exhibit 335 Into Evidence (Dkt. 338) are MOOT. |
| X | Counsel shall confer and file a stipulation of dismissal by October 22, 2015, if the forfeiture action (LA CV13-00708 JAK) is moot in light of the plea. |

: 25

Initials of Deputy Clerk   ak

cc: USPO