NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALMUNTASSER HBAIU,<br><br>　　　　Defendants. | Case No. 2:13-cr-00665-JAK-001<br><br>**ORDER GRANTING DEFENDANT HBAIU'S MOTION FOR THREE WEEK DELAY OF SELF SURRENDER DATE**<br><br>Sentence Date: (N/A)<br>Trial Time: (N/A)<br>Place: (N/A) |

**Upon consideration of the motion of defendant Almuntasser Hbaiu, which was filed on April 28, 2016, and to which the United States has not objected, IT IS HEREBY ORDERED that Almuntasser Hbaiu's date for surrender to Bureau of Prisons Facility, CI Taft is extended from May 3, 2016 to May 24, 2016; provided, however, because neither the nature of the personal matter that forms the basis for the request nor the reason that Defendant is the person who must attend to it has been provided by Defendant as part of the motion, this Order may be modified if there is a showing that**

**ORDER**

the delay in the surrender date to May 24, 2016, presents a substantial flight risk.

IT IS SO ORDERED.

DATED: May 3, 2016

_____
Hon. John A. Kronstadt
United States District Judge

ORDER