# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALMUNTASSER HBAIU,<br><br>Defendants. | Case No. 2:13-cr-00665-JAK-001<br><br>ORDER GRANTING DEFENDANT HBAIU'S MOTION FOR DELAY OF SELF SURRENDER UNTIL JUNE 8, 2016<br><br>Sentence Date: (N/A)<br>Trial Time: (N/A)<br>Place: (N/A) |

Upon consideration of the motion of defendant Almuntasser Hbaiu, which was filed on May 26, 2016, IT IS HEREBY ORDERED that Almuntasser Hbaiu's date for surrender to Bureau of Prisons Facility, CI Taft is extended from May 31, 2016 to June 8, 2016. There will be no further extensions. If additional documents have to be signed after June 7, 2016, arrangements may be made to have Defendant sign such documents at Taft FCI.

IT IS SO ORDERED.

DATED: May 31, 2016

_____
Hon. John A. Kronstadt
United States District Judge

cc: BOP

**ORDER**