1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. LA CR13-00665-JAK |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER GRANTING STIPULATION RE** |
|  | ) **PRELIMINARY ORDER OF FORFEITURE** |
| ALMUNTASSER HBAIU, | ) |
| Defendant. | ) [No Hearing Requested] |

Good cause appearing, IT IS HEREBY ORDERED that:

## I. FORFEITABLE PROPERTY

Pursuant to defendant's conviction of Counts Fourteen and Fifteen of the Fourth Superseding Indictment the government has established the requisite nexus between the following properties and assets and the offenses of conviction.  Having shown that the seized properties and assets constitute proceeds obtained as a result of such offenses all of the defendant's right, title and interest in the following specific properties and assets are hereby forfeited to the United States:

1. $20,000 in U.S. currency seized on or about December 5, 2012;
2. $270,000 in lieu of real property located at Hummelstown, Pennsylvania;[1]
3. $102,921.73 seized from Bank of America Account '0685, held by 3 Performance Plus Marketing, dba HK Nutraceuticals; and
4. $12,159.71 seized from Bank of America Account XXXXX 05542, held by Almuntasser Hbaiu and Abdul Razza Hbaiu.

## II. IMPLEMENTATION

IT IS FURTHER ORDERED that:

A.   Upon the entry of this Order, and pursuant to Rule 32.2(b)(3) of the Federal Rules of Civil Procedure, the United States) is authorized to take immediate possession of the

---

[1] Pursuant to Local Rule 5.2-1, personal residence addresses have been omitted.

properties and assets identified in Section I above.

    B.   Upon entry of this Order, the United States shall commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this and any other Orders affecting specific property.  The following paragraphs shall apply to any ancillary proceeding conducted in this matter:

    (1)  The United States shall forthwith publish notice of this Order, notice of the government's intent to dispose of such property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the subject property must file a petition with the Court within thirty (30) days of the publication of notice or receipt of actual notice, whichever is earlier.  The United States shall also, to the extent practicable, provide written notice to any person known to have an alleged interest in the subject property.

    (2)  Any person, other than defendant, asserting a legal interest in subject property, may, within thirty days of the publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his alleged interest in the property, and for an amendment of the order of forfeiture.

    (3)  Any petition filed by a third party asserting an interest in the subject property shall be signed by the petitioner under penalty of perjury and shall set forth the

1 nature and extent of the petitioner's right, title, or
2 interest in such property, the time and circumstances of
3 the petitioner's acquisition of the right, title or
4 interest in the property, any additional facts supporting
5 the petitioner's claim, and the
6 relief sought.
7       (4)   After the disposition of any motion filed under
8 Rule 32.2(c)(1)(A) of the Federal Rules of Criminal
9 Procedure and before a hearing on the petition, discovery
10 may be conducted in accordance with the Federal Rules of
11 Civil Procedure if the Court determines that such discovery
12 is necessary or desirable to resolve factual issues.
13       (5)   The United States shall have clear title to the
14 property identified in Section I herein following the
15 Court's disposition of all third-party interests, or, if no
16 petitions are filed, following the expiration of the period
17 provided prescribed herein in for the filing of third party
18 petitions.
19   C.   Unless defendant objects in writing within 30 days to
20 any of the findings or terms herein, this Order shall become a
21 final Order of Forfeiture as to his interest in the property
22 identified in Section I herein.
23   D.   The Court shall retain jurisdiction to enforce this
24 Order, and to amend it as necessary, pursuant to Rule 32.2(e) of
25 the Federal Rules of Criminal Procedure.

DATED: November 30, 2016

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE